Dorothy Lear McMurtry, St. Louis, MO, for Plaintiff–Appellee.

Janis C. Good, Federal Public Defender's Office, Doris McKinney, St. Louis, MO, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Doris McKinney appeals her conviction and sentence. A jury found McKinney guilty of executing a scheme to defraud a financial institution. *See* 18 U.S.C. § 1344 (2000). The District Court[1] sentenced McKinney to one month of imprisonment and five years of supervised release, with the condition that she participate in a home-confinement program for five months. On appeal, McKinney's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the District Court erred in

denying her motion for a downward departure.

The District Court's discretionary decision not to grant the downward departure is unreviewable absent an unconstitutional motive. *See United States v. VanHouten,* 307 F.3d 693, 696 (8th Cir.2002). Following careful review of the record, we find no other nonfrivolous issues. *See Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

A true copy.

**Kurt Robert DAVIS, Appellant,**

v.

**Warren Darrel BLOUNT, Public
Defender, Appellee.**

**No. 03–2581.**

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 19, 2003.

Decided Aug. 25, 2003.

Kurt Robert Davis, Hot Springs, AR, for Plaintiff–Appellant.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Arkansas inmate Kurt Robert Davis appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that the district court properly dismissed the complaint because Davis's public defender was not a government actor, *see Polk County v. Dodson*, 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981); *Eling v. Jones*, 797 F.2d 697, 698–99 (8th Cir.1986), *cert. denied*, 480 U.S. 917, 107 S.Ct. 1371, 94 L.Ed.2d 687 (1987). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.